| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Wings Hom | | REPORTER/TAPE NO. FTR 10:34-10:42 | |
|---|---|---|---|---|
| MAGISTRATE JUDGE NANDOR J. VADAS | DATE July 16, 2007 | | ☐ NEW CASE | CASE NUMBER 4-07-70422 WDB |

**APPEARANCES**

| DEFENDANT William D. Frye | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Ron Tyler | ☒ PD. ☐ APPT. ☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY Brigid Martin | INTERPRETER | | | | ☒ FIN. AFFIDAVIT SUBMITTED ☒ DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☒ COUNSEL APPOINTED ☐ PARTIAL PAYMENT OF CJA FEES ORDERED |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Josh Libby | | | | |

Stamp: RICHARD W. WIEKING, CLERK, U.S. DISTRICT, NO. DIST. OF CA — 2007 JUL 16 PM 12:59

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | ➡ AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED        REAL PROPERTY:
☐ CASH    ☐ CORPORATE SECURITY    ☐

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF        OTHER:

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

**CONTINUANCE**

| TO: 7-19-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. NJV | ☒ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED  Counsel to submit ord | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

**ADDITIONAL PROCEEDINGS**

and to set PH/Arrt.

COPIES SENT TO: Gloria,        DOCUMENT NUMBER: