AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

18 U.S.C. § 2252a(1) -
Transportation of Child
Pornography
18 U.S.C. § 2252(a)(4)(B) -
Possesion of Child Pornography

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

Count 1: 5 yrs mandatory/20 yrs. max. prison;$250,000 fine;
up to lifetime supervised release; $100 special assessment;
Count 2: 10 years imprisonment; $250,000 fine; up to
lifetime supervised release; $100 special assessment

—— PROCEEDING ——
Name of Complaintant Agency, or Person (&Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40.  Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
   pending case involving this same
   defendant

☑ prior proceedings or appearance(s)
   before U.S. Magistrate regarding
   this defendant were recorded under

} SHOW DOCKET NO.

MAGISTRATE
CASE NO.

4:07-70422 WDB

Name and Office of Person
Furnishing Information on
THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    MICHELLE MORGAN-KELLY, AUSA

—— Name of District Court, and/or Judge/Magistrate Location ——
NORTHERN DISTRICT OF CALIFORNIA

—— DEFENDANT - U.S. ——

▶ WILLILAM DEAN FRYE

DISTRICT COURT NUMBER

CR 07-T0469 SBA

—— DEFENDANT ——

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons▶
   was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other
   charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    } If "Yes"
been filed?      ☐ No     } give date
                          filed

DATE OF      ▶    Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: 7/19/07   3 25 pm

Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: OAKLAND

## CR 07 0469

UNITED STATES OF AMERICA,

### V.

WILLIAM DEAN FRYE,

SBA

DEFENDANT.

# INDICTMENT

18 U.S.C. § 2252(a)(1) - Transportation of Child
Pornography;
18 U.S.C. § 2252(a)(4)(B) - Possession of Child
Pornography

A true bill.

_____
Foreman

Filed in open court this 19th day of
July 2007

_____
Clerk

Bail, $ no process

7/19/07



1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2

3

4

5

6

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 | OAKLAND DIVISION

10 | UNITED STATES OF AMERICA **CR** )07 No. **0469**SBA

11 | Plaintiff, ) VIOLATION: 18 U.S.C. § 2252(a)(1) -
) Transportation of Child Pornography; 18

12 | v. ) U.S.C. § 2252(a)(4)(B) - Possession of
) Child Pornography

13 | WILLIAM DEAN FRYE, )
) OAKLAND VENUE

14 | Defendant. )
)

15 | _____ )

16 | **I N D I C T M E N T**

17 | The Grand Jury charges:

18 | <u>COUNT ONE</u>: (18 U.S.C. § 2252(a)(1))

19 | On or about June 16, 2006, in the Northern District of California, the defendant,

20 | WILLIAM DEAN FRYE,

21 | did knowingly transport and ship in interstate or foreign commerce by any means, including by

22 | computer, one or more visual depictions, the production of which, as he well knew, involved the

23 | use of a minor engaging in sexually explicit conduct and such visual depictions were of such

24 | conduct, in violation of Title 18, United States Code, Section 2252(a)(1).

25 | <u>COUNT TWO</u>: (18 U.S.C. § 2252(a)(4)(B))

26 | On or about February 2, 2007, in the Northern District of California, the defendant,

27 | WILLIAM DEAN FRYE,

28 | did knowingly possess one or more matters which contained one or more visual depictions that

INDICTMENT

1 | had been shipped and transported in interstate or foreign commerce, by any means including by

2 | computer, and were produced using materials that had been so shipped and transported in

3 | interstate and foreign commerce, where the producing of such visual depictions, as he well knew,

4 | involved the use of a minor engaging in sexually explicit conduct and such visual depictions

5 | were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

6 | FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

7 | Upon conviction of the offenses alleged in Counts One and Two, the defendant,

8 | WILLIAM DEAN FRYE,

9 | shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)

10 | and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all

11 | property, real or personal, used or intended to be used to commit or promote the commission of

12 | the offenses of conviction, including but not limited to the following items that were seized from

13 | defendant on February 2, 2007:

14 |   a.   IBM desktop computer, serial number 830763U KCAN88X.

15 | DATED:                                                          A TRUE BILL.

16 | July 19, 2007

17 | _____
FOREPERSON

18 | SCOTT N. SCHOOLS
United States Attorney

19

20

21 | W. Douglas Sprague
Chief, Oakland Division

22

23

24 | (Approved as to form:
AUSA Morgan Kelly

25

26

27

28

INDICTMENT