**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/31/07

CR 07-00469SBA   JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

FRYE   Present (X) Not Present ( ) In Custody ()
   DEFENDANT(S)

<u>DOUG SPRAGUE</u>   <u>HILLARY FOX</u>
U.S. ATTORNEY   ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark   <u>DIANE SKILLMAN</u>
   Court Reporter

Interpreter   Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 9/11/07**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to **9/11/07** for **Further Status**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: