1 BARRY J. PORTMAN
Federal Public Defender
2 HILARY A. FOX
Assistant Federal Public Defender
3 555 12th Street, Suite 650
Oakland, CA 94607
4 Tel: (510) 637-3500
Counsel for Defendant FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )  | |
| Plaintiff,  ) | No. CR07-00469-SBA |
| ) | STIPULATION AND [PROPOSED] |
| v.  ) | ORDER TO MODIFY CONDITIONS |
| ) | OF PRETRIAL RELEASE |
| WILLIAM FRYE,  ) | |
| Defendant.  ) | |

Defendant William Frye is currently on pretrial supervision. As a condition of his release, the Court restricted his travel to the Northern District of California. The parties submit this stipulation to request that the Court modify that travel restriction in two respects and also clarify the procedure for any additional travel.

First, the parties stipulate and agree that the conditions of release should be modified to permit Mr. Frye to travel within the Northern, Eastern and Central Districts of California for work purposes.

Second, the parties stipulate and agree that the language permitting Mr. Frye to travel "to the Southern District of California" to visit his mother should be corrected to reflect the fact that his mother's home falls within the Central District, not the Southern District, of California.

Third, the parties stipulate and agree that the bond should be amended to require Mr. Frye to

STIP RE: MODIFICATION OF RELEASE        - 1 -
CONDITIONS

1  obtain advance permission from the Pretrial Services Agency for any work-related travel that will
2  take him outside of the Northern, Eastern or Central Districts of California.
3      The Pretrial Services Officer has been contacted and supports the proposed modifications.
4  SO STIPULATED.
5  Dated:    August 1, 2007                    /S/
6                                                                  _____
                                                                    DOUGLAS SPRAGUE
                                                                    Chief, Criminal Division
7                                                                  Assistant United States Attorney
   SO STIPULATED.
8
   Dated:    July 31, 2007                    /S/
9                                                                  _____
                                                                    HILARY A. FOX
10                                                                 Attorney for Defendant FRYE
11     I hereby attest that I have on file all holograph signatures indicated by a "conformed"
   signature ("/S/") within this efiled document.
12

13
                                            **ORDER**
14
       Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the
15
   ORDER of this Court that the condition of pretrial release restricting defendant's travel is
16
   modified to permit defendant William Frye to travel within the Northern, Eastern and Central
17
   Districts of California for work purposes, and to travel outside these areas for work purposes with
18
   prior permission from the Pretrial Services Agency. The conditions are also corrected to reflect
19
   the fact that Mr. Frye's mother resides within the Central District, not the Southern District, of
20
   California, and that he is permitted to the Central District for purposes of visiting her.
21
       IT IS SO ORDERED.
22

23  Dated: _____, 2007
                                                                    _____
24                                                                 WAYNE D. BRAZIL
                                                                    United States Magistrate Judge
25

26

STIP RE: MODIFICATION OF RELEASE            - 2 -
CONDITIONS