BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-00469-SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | MODIFY CONDITIONS OF |
| ) | PRETRIAL RELEASE |
| WILLIAM FRYE, ) | |
| ) | |
| Defendant. ) | |

Defendant William Frye is currently on pretrial supervision. As a condition of his release, the Court restricted his travel to the Northern District of California. The parties submit this stipulation to request that the Court modify that travel restriction in two respects and also clarify the procedure for any additional travel.

First, the parties stipulate and agree that the conditions of release should be modified to permit Mr. Frye to travel within the Northern, Eastern and Central Districts of California for work purposes.

Second, the parties stipulate and agree that the language permitting Mr. Frye to travel "to the Southern District of California" to visit his mother should be corrected to reflect the fact that his mother's home falls within the Central District, not the Southern District, of California.

Third, the parties stipulate and agree that the bond should be amended to require Mr. Frye to

STIP RE: MODIFICATION OF         - 1 -
RELEASE CONDITIONS

1  obtain advance permission from the Pretrial Services Agency for any work-related travel that will

2  take him outside of the Northern, Eastern or Central Districts of California.

3      The Pretrial Services Officer has been contacted and supports the proposed modifications.

4  SO STIPULATED.

5  Dated:    August 1, 2007        /S/

6          DOUGLAS SPRAGUE
        Chief, Criminal Division
7          Assistant United States Attorney

SO STIPULATED.

8  Dated:    July 31, 2007        /S/

9

10          HILARY A. FOX
        Attorney for Defendant FRYE

11      I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

12

13

## ORDER

14

15      Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER

16  of this Court that the condition of pretrial release restricting defendant's travel is modified to permit

17  defendant William Frye to travel within the Northern, Eastern and Central Districts of California for

18  work purposes, and to travel outside these areas for work purposes with prior permission from the

19  Pretrial Services Agency.  The conditions are also corrected to reflect the fact that Mr. Frye's mother

20  resides within the Central District, not the Southern District, of California, and that he is permitted to

21  the Central District for purposes of visiting her.

    IT IS SO ORDERED.

22

23  Dated:  August 1, 2007

24          WAYNE D. BRAZIL
        United States Magistrate Judge

25

26

STIP RE: MODIFICATION OF        - 2 -
RELEASE CONDITIONS