1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340-S
6    Oakland, CA 94612
     Telephone:  (510) 637-3924
7    FAX:  (510) 637-3724
     Email:  chinhayi.j.coleman@usdoj.gov
8
   Attorneys for the United States of America
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                           OAKLAND DIVISION


| UNITED STATES OF AMERICA, | ) | No. CR 07-00469 SBA |
|---|---|---|
|     Plaintiff, | ) | NOTICE OF SUBSTITUTION OF |
|  | ) | COUNSEL FOR THE UNITED STATES |
|     v. | ) |  |
| WILLIAM FRYE, | ) |  |
|     Defendant. | ) |  |

    TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

    PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of
Chinhayi J. Coleman, Assistant United States Attorney, and to withdraw the appearance of
Michelle Morgan-Kelly, the Assistant United States Attorney who was formerly assigned to
represent Plaintiff United States of America in this case.  The Clerk is requested to change the
docket sheet and other Court records so as to reflect that all Orders and communications from the
Court will in the future be directed to AUSA Chinhayi J. Coleman at the above mailing address,

SUBSTITUTION OF ATTORNEYS
07-00469 SBA

1  telephone number, facsimile number and e-mail address.

2

3  DATED: September 7, 2007                Respectfully submitted,

4                                          SCOTT N. SCHOOLS
                                           United States Attorney
5

6
                                           _____/s/_____
7                                          CHINHAYI J. COLEMAN
                                           Assistant United States Attorney
8

9  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS
07-00469 SBA