**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 9/11/07

CR 07-00469SBA                           JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

FRYE                                     Present ( ) Not Present ( ) In Custody ( )
    DEFENDANT(S)

<u>CHINHAYI COLEMAN</u>                    <u>HILLARY FOX</u>
U.S. ATTORNEY                            ATTORNEY FOR DEFENDANT(S)

Deputy Clerk:  Lisa R. Clark             <u>DIANE SKILLMAN</u>
                                           Court Reporter

 Interpreter                              Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 10/9/07**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to 10/9/07** for **Further Status**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for_____ Motions
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____**Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____for Trial(Court/Jury:____Days/weeks) at 8:30 a.m.
**Case Continued to**_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____for Change of Plea @ 11:00 a.m.
cc: