# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date:10/9/07

CR 07-00469SBA                          **JUDGE: SAUNDRA BROWN ARMSTRONG**

**FRYE**                                   Present (X) Not Present ( ) In Custody ( )
    **DEFENDANT(S)**

**CHINHAYI COLEMAN**                    **HILLARY FOX**
**U.S. ATTORNEY**                       **ATTORNEY FOR DEFENDANT(S)**

Deputy Clerk:  Lisa R. Clark            **STARR WILSON**
                                        **Court Reporter**

_____                       _____
 Interpreter                            Probation Officer
                            **PROCEEDINGS**

**REASON FOR HEARING:    STATUS - HELD**

**RESULT OF HEARING:    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 10/30/07**

**JUDGMENT:**

## PROCEEDINGS

**Case Continued to 10/30/07            for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____@ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**