**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date:10/30/07

CR 07-00469SBA                           JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

FRYE                                     Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)


<u>**CHINHAYI COLEMAN**</u>                  <u>   HILLARY FOX   </u>
**U.S. ATTORNEY**                        **ATTORNEY FOR DEFENDANT(S)**


Deputy Clerk: Lisa R. Clark              <u> STARR WILSON </u>
                                         Court Reporter


 Interpreter                            Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**    STATUS - HELD

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 11/27/ 07**


**JUDGMENT:**


**PROCEEDINGS**

Case Continued to  11/27/07   for **Further Status**/Trial Setting/ Motion Setting/Evidentiary Hearing/@ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: