**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date:11/27/07

CR 07-00469SBA                          JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

FRYE                                    Present x ) Not Present ( ) In Custody ( )
    DEFENDANT(S)

<u>CHINHAYI COLEMAN</u>                    <u>HILLARY FOX</u>
U.S. ATTORNEY                            ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark              <u>STARR WILSON</u>
                                         Court Reporter

_____                  _____
Interpreter                              Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 12/19/07</u>

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to <u>12/19/07</u> for Further Status/<u>Trial Setting</u>/ Motion Setting/Evidentiary Hearing/<u>CHANGE OF PLEA</u> @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: