1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR-07-00469 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE HEARING |
| | ) | |
| WILLIAM DEAN FRYE | ) | |
| | ) | |
| Defendant. | ) | |

Defendant William Frye was scheduled to appear in court on December 18, 2007. Because defense counsel was not aware of the recent change in this date, counsel had not notified Mr. Frye of the court hearing and he was not present in court. The parties therefore stipulate and agree that Mr. Frye's hearing should be rescheduled for the new date of February 5, 2008, at 9:00 a.m. for status. Mr. Frye is out of custody and will be available on the new date.

The parties further stipulate and agree that the time between December 18, 2007 and February 5, 2008, should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Mr. Frye was not available on December 18, 2007, and following December 18 defense counsel is scheduled to be out of the office until January 3rd. Taking into account the availability of both counsel and the defendant, and the Court's availability, February 5th is the first available date. Moreover, defendant requires this additional time to complete

- 1 -

1  outstanding investigation into his case.

2      For these reasons, the parties request that the Court order that this period of time should be
3  excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the
4  continuance is necessary to provide defendant with continuity of counsel and with the reasonable
5  time necessary for effective preparation, taking into account the exercise of due diligence.
6  SO STIPULATED.
7  Dated:    Dec. 18, 2007                        /S/
8                                            CHINHAYI COLEMAN
9                                            Assistant United States Attorney

10 SO STIPULATED.
11 Dated:    Dec. 18, 2007                        /S/
12                                           HILARY A. FOX
13                                           Attorney for Defendant FRYE

14                             SIGNATURE ATTESTATION
15     I hereby attest that I have on file all holograph signatures for any signatures indicated by
16 a "conformed" signature (/S/) within this e-filed document.

17
18
19
20
21
22
23
24
25
26

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be added to the Court's calendar for February 5, 2008, at 9:00 a.m. for status.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant Frye continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from December 18, 2007, through February 5, 2008, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated:  Dec. ____, 2007

_____
SAUNDRA BROWN ARMSTRONG
United States District Court