~~PROPOSED~~ ORDER/COVER SHEET

TO: The Honorable Wayne D. Brazil
U.S. Magistrate Court Judge

**FILED**

**RE:** William Frye

JAN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR--07-00469 SBA

DATE: January 10, 2008

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Rich Sarlatte | 415-436-7508 |
|---|---|
| U.S. Pretrial Officer Specialist | TELEPHONE NUMBER |

RE:     VIOLATION/INFORMATION

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court
Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Order(s)
A. *Travel approved.*
B. *Curfew requirement vacated.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

JUDICIAL OFFICER _____     DATE 1/11/08

**Cover Sheet** (12/03/02)

*Cover sheet cc: WDB's Stats, Copy to parties via ECF
Lisa, Pretrial, financial*