1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, California 94607-3627
4  Telephone (510) 637-3500

5  Counsel for Defendant FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Nos. CR 07-00469 SBA |
|---|---|---|
| Plaintiff, | ) | NOTICE OF ATTORNEY APPEARANCE |
| vs. | ) | |
| WILLIAM DEAN FRYE, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Shawn Halbert, enters her general appearance for defendant in this case. Counsel's contact information is listed above.

Dated: January 29, 2008

                                                                              Respectfully submitted,

                                                                              BARRY J. PORTMAN
                                                                              Federal Public Defender

                                                                              /S/

                                                                              SHAWN HALBERT
                                                                              Assistant Federal Public Defender

Notice of Substitution of Attorney
Nos. CR 07-00469 SBA