1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500

5  Counsel for Defendant WILLIAM DEAN FRYE

6

7                  IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,          )
                                      )   No. CR-07-00469 SBA
12              Plaintiff,            )
                                      )   STIPULATION AND [PROPOSED]
13        v.                          )   ORDER TO CONTINUE HEARING
                                      )
14 WILLIAM DEAN FRYE                  )
                                      )
15              Defendant.            )
                                      )

16
        Defendant William Frye is scheduled to appear in court on February 5, 2008.  On January 29,
17
   2008,  Assistant Federal Public Defender Shawn Halbert filed a Notice of Attorney Appearance
18
   and took over the case from Hilary Fox, who will be leaving the office shortly. Because defense
19
   counsel needs additional time to become familiar with the case, meet the client, and to prepare for
20
   the next court appearance, the parties therefore stipulate and agree that Mr. Frye's hearing should
21
   be rescheduled for the new date of March 4, 2008 at 9:00 a.m. for status.  Mr. Frye is out of
22
   custody.
23
        The parties further stipulate and agree that the time between February 5, 2008 and March 4,
24
   2008, should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A)
25
   and (B)(iv).  The additional time is necessary for continuity of counsel and to allow defendant
26
   reasonable time necessary for effective preparation, taking into account the exercise of due

                                        - 1 -

diligence.

For these reasons, the parties request that the Court order that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the continuance is necessary to provide defendant with continuity of counsel and with the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

SO STIPULATED.

Dated:          January 31, 2008                          /S/
                                                                 _____
                                                                 CHINHAYI COLEMAN
                                                                 Assistant United States Attorney


SO STIPULATED.

Dated:          January 31, 2008                          /S/
                                                                 _____
                                                                 SHAWN HALBERT
                                                                 Attorney for Defendant FRYE


<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## **ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be added to the Court's calendar for March 4, 2008, at 9:00 a.m. for status.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant Frye continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from February 5, 2008, through March 4, 2008, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated:  _____, 2008

_____
SAUNDRA BROWN ARMSTRONG
United States District Court