BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant WILLIAM DEAN FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-07-00469 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO CONTINUE HEARING |
| ) | |
| WILLIAM DEAN FRYE ) | |
| ) | |
| Defendant. ) | |

    Defendant William Frye is scheduled to appear in court on February 5, 2008. On January 29, 2008, Assistant Federal Public Defender Shawn Halbert filed a Notice of Attorney Appearance and took over the case from Hilary Fox, who will be leaving the office shortly. Because defense counsel needs additional time to become familiar with the case, meet the client, and to prepare for the next court appearance, the parties therefore stipulate and agree that Mr. Frye's hearing should be rescheduled for the new date of March 4, 2008 at 9:00 a.m. for status. Mr. Frye is out of custody.

    The parties further stipulate and agree that the time between February 5, 2008 and March 4, 2008, should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). The additional time is necessary for continuity of counsel and to allow defendant reasonable time necessary for effective preparation, taking into account the exercise of due

- 1 -

1  diligence.

2  For these reasons, the parties request that the Court order that this period of time should be
3  excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the
4  continuance is necessary to provide defendant with continuity of counsel and with the reasonable
5  time necessary for effective preparation, taking into account the exercise of due diligence.
6  SO STIPULATED.
7  Dated:    January 31, 2008                          /S/
8                                                               _____
                                                              CHINHAYI COLEMAN
                                                              Assistant United States Attorney
9

10 SO STIPULATED.
11 Dated:    January 31, 2008                          /S/
12                                                              _____
                                                              SHAWN HALBERT
                                                              Attorney for Defendant FRYE
13

14                          SIGNATURE ATTESTATION

15 I hereby attest that I have on file all holograph signatures for any signatures indicated by
16 a "conformed" signature (/S/) within this e-filed document.

17
18
19
20
21
22
23
24
25
26

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be added to the Court's calendar for March 4, 2008, at 9:00 a.m. for status.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant Frye continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from February 5, 2008, through March 4, 2008, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated:  _2/1_____, 2008

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Court