## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** The Honorable Wayne D. Brazil  
U.S. Magistrate Court Judge

**RE:** William Frye

FILED  
FEB 5 - 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND

**FROM:** Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

**DOCKET NO.:** CR--07-00469 SBA

**DATE:** February 4, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte  
U.S. Pretrial Officer Specialist

415-436-7508  
**TELEPHONE NUMBER**

**RE: VIOLATION/INFORMATION**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Order(s)  
A. *Curfew by 10:00 p.m. each night — through 6:00 a.m. each morning.*  
*But hours are adjustable (as necessary for work) by Pretrial Services.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____   _2/5/08_  
**JUDICIAL OFFICER**           **DATE**

Cover Sheet (12/03/02)

*cc: WDB's stats, Copy to parties via ECF*  
*Pretrial, USA, Financial*



| | |
|---|---|
| **To:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge |
| **From:** | Rich Sarlatte<br>U.S. Pretrial Services Officer |
| **Subject:** | USA v. William Frye<br>CR-07-00469 SBA |
| **Date:** | February 4, 2008 |

# MEMORANDUM

Your Honor:

Attached For Your Honor's review is a memorandum dated January 10, 2008. This memorandum informed the Court of a business trip the defendant wanted to take, as well as issues that this agency has been having in enforcing his curfew condition (defendant is currently on Global Positioning System).

On January 11, 2008. Your Honor agreed to allow Mr. Frye to travel for business and ordered that the curfew condition be deleted. It should be noted that the defendant returned from his business trip on January 30, 2008.

However, upon further review of the defendant's file and a further analysis of the Adam Walsh Child Protection and Safety Act of 2006, we realize that under 18 USC 3142(c)(1)(B)(vii), which the Adam Walsh Act cites, the defendant must "comply with a specified curfew" (while on electronic monitoring). We apologize for not making this distinction in our prior memorandum to Your Honor.

This memorandum is submitted for Your Honor's information and direction.

Respectfully Submitted,

RICH SARLATTE
Electronic Monitoring Specialist
United States Pretrial Services Officer

Reviewed by:

SILVIO LUGO, Assistant Deputy Chief
U.S. Pretrial Service Officer

cc:   Chinhayi Coleman, AUSA
      Shawn Halbert, Defense Attorney