UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 3/4/08

CR 07-00469SBA                               JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

FRYE                                         Present (x) Not Present ( ) In Custody ( )
    DEFENDANT(S)


  CHINHAYI COLEMAN                             SEAN HALBERT
U.S. ATTORNEY                                ATTORNEY FOR DEFENDANT(S)


Deputy Clerk:  Lisa R. Clark                   DIANE SKILLMAN
                                                    Court Reporter


 Interpreter                                    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**     STATUS - HELD

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON THE ADEQUATE PREPARATION OF COUNSEL UNTIL 4/1/08**


**JUDGMENT:**


**PROCEEDINGS**

Case Continued to  4/1/08   for **Further Status**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: