BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant WILLIAM DEAN FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM DEAN FRYE<br><br>　　　　　Defendant. | No. CR-07-00469 SBA<br><br>STIPULATION AND ORDER RE CONDITIONS OF RELEASE |

**STIPULATION**

Defendant William Frye was released from custody on July 27, 2007. His current conditions of release include that he wear an electronic monitor and abide by a curfew at home between 10:00 p.m. and 6:00 a.m., adjustable as necessary for work by Pretrial Services.

Mr. Frye's employment requires that he work in Watsonville, CA from Monday, March 17, 2008 through Friday, March 21, 2008 for a moving job, during which time he and other employees would stay overnight each night in Watsonville, CA at a hotel. Pretrial Services Officer Rich Sarlatte has approved this employment-related travel, subject to a stipulation and order to this effect.

In accordance with the recommendation of Pretrial Services, the parties agree that Mr. Frye shall be permitted to travel to Watsonville, CA from March 17 through the day of March 21, 2008.

Mr. Frye shall be subject to the curfew in Watsonville.

SO STIPULATED.

Dated: March 12, 2008                    /S/
                                         _____
                                         CHINHAYI COLEMAN
                                         Assistant United States Attorney

SO STIPULATED.

Dated: March 12, 2008                    /S/
                                         _____
                                         SHAWN HALBERT
                                         Attorney for Defendant FRYE

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

### **ORDER**

Good cause appearing therefore, it is the ORDER of this Court that defendant William Frye shall be permitted to travel to Watsonville, CA from March 17 through the day of March 21, 2008. Mr. Frye shall be subject to the same curfew in Watsonville as at home, specifically between 10:00 p.m. and 6:00 a.m.

Dated: March 12, 2008
                                         _____
                                         WAYNE D. BRAZIL
                                         United States District Court