## PROPOSED ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| TO: | The Honorable Wayne D. Brazil<br>U.S. Magistrate Court Judge | FILED | RE: | William Frye |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | MAR 1 2 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | DOCKET NO.: | CR--07-00469 SBA |
| DATE: | March 11, 2008 | | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Rich Sarlatte | 415-436-7508 |
| U.S. Pretrial Officer Specialist | TELEPHONE NUMBER |

**RE:   VIOLATION/INFORMATION**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Order(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____   _____
JUDICIAL OFFICER (Wayne D. Brazil)   DATE  3-12-08

Cover Sheet (12/03/02)

cc: WDB's Stats, Copy to parties via ECF, Pretrial, USA, Financial

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge
**From:** Rich Sarlatte
U.S. Pretrial Services Officer
**Subject:** USA v. William Frye
CR-07-00469 SBA
**SUPERVISION STATUS REPORT**
**Date:** March 11, 2008



# MEMORANDUM

Your Honor:

The above named defendant initially appeared before Your Honor on July 19, 2007, charged in a Criminal Complaint with violations of Title 18, United States Code, Section 2252(a)(1) - Transportation of Child Pornography; and Title 18, United State Code, Section 2252(a)(4)(B) - Possession of Child Pornography.

Mr. Frye appeared before Your Honor on July 23, 2007, and was released on a $100,000 unsecured bond with the following special conditions:

1. The defendant shall not travel outside the Northern District of California;
2. The defendant shall report to Pretrial Services as directed;
3. The defendant shall surrender all passports, and visas to the Court by July 24, 2007, and shall not apply for any passports or other travel documents;
4. The defendant shall not possess any firearm, destructive device, or other dangerous weapon;
5. The defendant shall participate in counseling, and submit to drug testing as directed by Pretrial Services;
6. The defendant shall not use alcohol and shall not use or possess any narcotic or other controlled substance without a legal prescription;
7. The defendant shall maintain employment, or if unemployed shall seek and maintain verifiable employment;
8. The defendant shall not change residence without prior approval of Pretrial Services;
9. The defendant shall be subject to GPS and shall abide by a curfew at the direction of Pretrial Services;
10. The defendant, with prior approval of Pretrial Services, can visit his adopted mother in the Southern District of California;
11. The defendant must not have/possess any child pornography;
12. The defendant shall not have any contacts with minors unless in the presence of his mother and his attorney;
13. The defendant shall not have any access to computers at his home or work without prior permission of Pretrial Services.

On August 1, 2007, the defendant's bond was amended as follows:

a. The defendant is allowed to travel within the Northern, Eastern and Central Districts of California for work purposes; and

**MEMORANDUM TO THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE**
**RE: FRYE, WILLIAM**                                    **DOCKET: CR-07-00469 SBA**
**PAGE 2**

b.  The defendant can travel with advance permission from the Pretrial Services Agency for any work-related travel that will take him outside of the Northern, Eastern and Central Districts of California.

Additionally, the stipulation signed by Your Honor on August 1, 2007, and agreed to by all parties, clarified that the defendant's mother actually lives in the Central District of California, and not the Southern District of California.

On February 4, 2008, this officer submitted a memorandum to the Court asking for direction regarding the defendant's GPS condition, specifically his curfew condition.

On February 10, 2008, Your Honor ordered that the defendant abide by a 10:00pm curfew and gave Pretrial Services discretion to amend his curfew if his employment dictated this.

**60 DAY SUPERVISION STATUS UPDATE:**

Regarding the defendant's GPS condition, this officer has received two key alerts during the last 60 days of supervision.

On March 7, 2008, an alert was generated for "transmitter out of range." This occurred when the defendant allegedly left his tracking device in his automobile at 6:47am and proceeded to walk into work without it. The tracking device was back in range of his transmitter (on his ankle) at 6:59am.

The other alert occurred on March 8, 2008, for an "unauthorized leave" at 5:46am. However, this leave should have been authorized. This officer contacted GPS vendor BI who related that when I called BI to amend the defendant's schedule for work purposes on March 7, 2008, the BI representative failed to leave the defendant's regular curfew schedule of 4am to10pm in place for March 8, 2008. Therefore an alert was generated due to this mistake.

It should be noted that this officer swapped the defendant's GPS unit to our new vendor BI on March 5, 2008.

To our knowledge, Mr. Frye appears to be doing well on supervision. He is working full time for Valley Relocation, which is confirmed through monthly pay stubs. This officer also visited him at a job site on February 14, 2008. Additionally, in January 2008, this officer spoke with the defendant's employers at Valley Relocation who confirmed his supervisory status.

Mr. Frye has been drug tested on several occasions during supervision, including the following dates during the past 60 days: January 11, February 1, and February 28, 2008, all of which have been negative for illicit substances.

**MEMORANDUM TO THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE**
**RE: FRYE, WILLIAM                                          DOCKET: CR-07-00469 SBA**
**PAGE 3**

Regarding office and field contact, Mr. Frye reported to this officer during the past 60 days on January 11, and March 5, 2008. Additionally, this officer visited the defendant in the community on February 1, 14, and 28, 2008. Nothing of concern was noted during these contacts.

Mr. Frye traveled from January 16 to January 30, 2008, for work purposes. Some of this travel was outside of California, and it was approved by Your Honor.

There is no evidence that the defendant has accessed any computers or has contacted any minor children during his time on supervision. He is constantly reminded of these conditions, as well as all of his conditions of release, by this officer during each contact.

A criminal record check on January 9, 2008, reflected no new arrests.

The defendant's next court date is scheduled for a status hearing on April 1, 2008, before the Honorable Saundra Brown Armstrong, United States District Court Judge.

This memorandum is submitted for Your Honor's information and direction.

Respectfully Submitted,

RICH SARLATTE
U.S. Pretrial Services Officer
Electronic Monitoring Specialist

Reviewed by

SILVIO LUGO, Assistant Deputy Chief
U.S. Pretrial Services Officer

cc: Chinhayi Coleman, AUSA
    Shawn Halbert, Defense Attorney