BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant WILLIAM DEAN FRYE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) <br> ) <br> Plaintiff,              ) <br> ) <br> v.              ) <br> ) <br> WILLIAM DEAN FRYE              ) <br> ) <br> Defendant.              ) <br> _____) | No. CR-07-00469 SBA <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FROM APRIL 1, 2008 TO APRIL 8, 2008 AND FOR EXCLUSION OF TIME |

    Defendant William Frye is scheduled to appear in court on April 1, 2008. Undersigned defense counsel will be unavailable on April 1, 2008. The parties therefore stipulate and agree that Mr. Frye's hearing should be continued by one week to April 8, 2008 at 9:00 a.m. for status. Mr. Frye is out of custody.

    The parties further stipulate and agree that the time between April 1, 2008 and April 8, 2008, should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). The additional time is necessary for continuity of counsel, and counsel will also use the time reasonably for effective preparation, taking into account the exercise of due diligence.

    For these reasons, the parties request that the Court order that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the

1  continuance is necessary to provide defendant with continuity of counsel and with the reasonable
2  time necessary for effective preparation, taking into account the exercise of due diligence.
3  SO STIPULATED.
4  Dated:      March 24, 2008                              /S/
5                                                          _____
                                                           CHINHAYI COLEMAN
6                                                          Assistant United States Attorney

7  SO STIPULATED.
8  Dated:      March 24, 2008                              /S/
                                                           _____
9                                                          SHAWN HALBERT
                                                           Attorney for Defendant FRYE
10

11                          SIGNATURE ATTESTATION
12      I hereby attest that I have on file all holograph signatures for any signatures indicated by
13  a "conformed" signature (/S/) within this e-filed document.

14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be continued by one week from April 1, 2008 to April 8, 2008 at 9:00 a.m. for status.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant Frye continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from April 1, 2008 to April 8, 2008 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: _____, 2008

_____
SAUNDRA BROWN ARMSTRONG
United States District Court