~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| TO: | Honorable Wayne D. Brazil<br>U.S. District Court Judge | FILED<br>MAR 26 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | RE: | William Frye |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | | DOCKET NO.: | CR 07-00469 SBA |
| DATE: | March 25, 2008 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                                     415-436-7508
U.S. PRETRIAL SERVICES OFFICER        TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ]  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

[ ]  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____   Presiding District Court Judge_____

[ ]  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]  Modification(s)

A.

B.

[ ]  Bail Revoked/Bench Warrant Issued.

[ ]  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ]  Other Instructions:

_____
_____

/s/ Wayne D. Brazil                                3/26/08
JUDICIAL OFFICER                                   DATE

Cover Sheet (12/03/02)   cc: WDB's stats, Copy to parties via ECF, Pretrial, USA, Financial



| | |
|---|---|
| **To:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge |
| **From:** | Rich Sarlatte<br>U.S. Pretrial Services Officer |
| **Subject:** | **William Frye**<br>**Docket No.: CR 07-00469 SBA**<br>**INFORMATIONAL NOTICE** |
| **Date:** | March 25, 2008 |

# MEMORANDUM

Your Honor:

The above-captioned individual was released by the Court with supervision by U.S. Pretrial Services including the following special release condition(s):

- ☐ the defendant shall report as directed by U.S. Pretrial Services
- ☐ the defendant shall seek or maintain gainful employment
- ☐ the defendant shall remain in the custody of a third party custodian
- ☐ the defendant shall submit to random drug testing and/or treatment as directed by U.S. Pretrial Services
- ☐ the defendant's travel shall be restricted to
- ☐ the defendant shall comply with a curfew from_____ to _____
- ☒ the defendant shall submit to electronic monitoring (GPS)
- ☐ other special condition _____

**INFORMATION:**

On March 20, 2008, this officer received an alert that the defendant left his home at 6:55am. It should be noted that the defendant has a court ordered curfew of 10:00pm to 6:00am. Therefore, the above leave was authorized by the Court and was not a violation.

On March 19, 2008, Mr. Frye returned from his work related, court ordered trip to Watsonville, California. Because the defendant returned two days earlier than anticipated, this officer contacted GPS vendor BI and requested that the defendant's court ordered schedule resume on March 20, 2008. However, for reasons unknown to this officer, this telephonic request was not completed by BI and resulted in the above noted alert.

PAGE 2 OF 2
INFORMATIONAL NOTICE TO THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE
RE: FRYE, WILLIAM                                    Docket No.: CR 07-00469 SBA

**RECOMMENDATION**

Based upon the alleged violation(s), U.S. Pretrial Services respectfully recommends that the Court:

- ☒ not take any punitive action at this time
- ☐ convene a Bail Violation Hearing to discuss this situation
- ☐ other: _____

This memorandum is submitted for Your Honor's information and direction.

Respectfully Submitted,

Rich Sarlatte
Electronic Monitoring Specialist
U.S. Pretrial Services Officer

Reviewed by:

Silvio Lugo, Assistant Deputy Chief
U.S. Pretrial Services Officer

cc:   Shawn Halbert, Defense Counsel
      Chinhayi Coleman, Assistant U.S. Attorney