~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**FILED**

APR 2 – 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RE:** William Frye

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR 07-00469 SBA

**DATE:** April 1, 2008

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte
**U.S. PRETRIAL SERVICES OFFICER**

415-436-7508
**TELEPHONE NUMBER**

**RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☒ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☑ Other Instructions:

*No need to report to me in these kinds of circumstances.*

_____
**JUDICIAL OFFICER**

4-2-08
**DATE**

Cover Sheet (12/03/02)

*cc: WDB's Stats, Copy to parties via ECF, Pretrial, Lisa, Financial*

**To:**    Honorable Wayne D. Brazil
           U.S. Magistrate Judge

**From:**    Rich Sarlatte
           U.S. Pretrial Services Officer

**Subject:**    **William Frye**
           **Docket No.: CR 07-00469 SBA**
           **INFORMATIONAL NOTICE**

**Date:**    April 1, 2008



**MEMORANDUM**

---

Your Honor:

The above-captioned individual was released by the Court with supervision by U.S. Pretrial Services including the following special release condition(s):

- ☐    the defendant shall report as directed by U.S. Pretrial Services
- ☐    the defendant shall seek or maintain gainful employment
- ☐    the defendant shall remain in the custody of a third party custodian
- ☐    the defendant shall submit to random drug testing and/or treatment as directed by U.S. Pretrial Services
- ☐    the defendant's travel shall be restricted to
- ☐    the defendant shall comply with a curfew from_____ to _____
- ☒    the defendant shall submit to electronic monitoring (GPS)
- ☐    other special condition _____

## INFORMATION:

On March 29, 2008, this officer received an alert that the defendant left his home at 6:41am. It should be noted that the defendant has a court ordered curfew of 10:00pm to 6:00am. Therefore, the above leave was authorized by the Court and was not a violation.

On March 27, and 28, 2008, Mr. Frye's schedule was amended to accommodate his employment schedule. This officer contacted GPS vendor BI by telephone to amend the defendant's schedule on the above two days and they were told that the defendant's regular schedule was to resume on March 29, 2008. However, the schedule was evidently entered incorrectly. The same scheduling issue occurred on March 20, 2008, and a memorandum was submitted to Your Honor.

The defendant is not in violation of his pretrial release conditions. This officer will attempt to check the computer following any telephonic schedule changes in an effort to catch any mistakes made by the BI representatives asked to amend a defendant's schedule.

PAGE 2 OF 2
INFORMATIONAL NOTICE TO THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE
RE: FRYE, WILLIAM                                    Docket No.: CR 07-00469 SBA


## RECOMMENDATION

Based upon the above information, U.S. Pretrial Services respectfully recommends that the Court:

☒        not take any punitive action at this time
☐        convene a Bail Violation Hearing to discuss this situation
☐        other:_____


This memorandum is submitted for Your Honor's information and direction.


Respectfully Submitted,


Rich Sarlatte
Electronic Monitoring Specialist
U.S. Pretrial Services Officer


Reviewed by:


Silvio Lugo, Assistant Deputy Chief
U.S. Pretrial Services Officer

cc:    Shawn Halbert, Defense Counsel
       Chinhayi Coleman, Assistant U.S. Attorney