UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 4/8/08

CR 07-00469SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**WILLIAM DEAN FRYE**         Present (X) Not Present ( ) In Custody ( )
     **DEFENDANT(S)**

 <u>CHINHAYI COLEMAN</u>              <u>SHAWN HALBERT</u>
U.S. ATTORNEY                    ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark             <u>DIANE SKILLMAN</u>
                                         Court Reporter

 Interpreter                              Probation Officer
                    **PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING: PUBLIC DEFENDER'S OFFICE REALIZED THAT THEY HAVE A CONFLICT IN REPRESENTING MR. FRYE; CASE REFERRED TO MAG. BRAZIL FOR APPOINTMENT OF COUNSEL; COURT FINDS EXCLUDABLE TIME BASED ON CONTINUITY OF DEFENSE COUNSEL UNTIL 4/15/08**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to  4/15/08  for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc:

Case 4:07-cr-00469-SBA     Document 33     Filed 04/08/2008     Page 2 of 2