~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**FILED**
APR 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RE:** William Frye

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR 07-00469 SBA

**DATE:** April 14, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                                              415-436-7508
**U.S. PRETRIAL SERVICES OFFICER**                    **TELEPHONE NUMBER**

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __4__ on __4/15/08__ at __10:00am__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
Mr. Frye is scheduled to appear on 4/15/08 for appointment of new counsel.

_____         _____
**JUDICIAL OFFICER** Wayne D. Brazel     **DATE** 4/15/08

Cover Sheet (12/03/02)    CC: WDB's Stats, Copy to parties via ECF, Pretrial, Lisa



**To:**      Honorable Wayne D. Brazil
             U.S. Magistrate Judge
**From:**    Rich Sarlatte
             U.S. Pretrial Services Officer
**Subject:** William Frye
             Docket No.: CR 07-00469 SBA
             NOTICE OF VIOLATIONS OF RELEASE
             CONDITIONS
**Date:**    April 14, 2008

**MEMORANDUM**

Your Honor:

The above-captioned individual was released by the Court with supervision by U.S. Pretrial Services including the following special release condition(s):

- ☐ the defendant shall report as directed by U.S. Pretrial Services
- ☐ the defendant shall seek or maintain gainful employment
- ☐ the defendant shall remain in the custody of a third party custodian
- ☐ the defendant shall submit to random drug testing and/or treatment as directed by U.S. Pretrial Services
- ☐ the defendant's travel shall be restricted to
- ☐ the defendant shall comply with a curfew from _____ to _____
- ☒ the defendant shall submit to electronic monitoring (GPS)
- ☐ other special condition _____

## VIOLATIONS:

The defendant has apparently violated the release conditions by:

- ☐ not reporting as directed
- ☐ failing to maintain or secure gainful employment
- ☐ not residing with the third party custodian
- ☐ failed to report for drug testing and/or scheduled treatment
- ☐ traveling outside of the court restricted area without Court permission
- ☐ violating curfew
- ☒ violating the terms of electronic monitoring (GPS)
- ☐ other: _____

PAGE 2 OF 2
INFORMATIONAL NOTICE TO THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE
RE: FRYE, WILLIAM                                    Docket No.: CR 07-00469 SBA

### DETAILS OF VIOLATIONS:

On April 8, 2008, this officer received a 'transmitter out of range' alert at 8:36am. Shortly thereafter, Mr. Frye contacted this officer and related that he had just retrieved his GPS tracker from his automobile where he had mistakenly left it. He stated that he realized he had left it behind when checking into the federal building for court on the above date. The transmitter was back in range of the tracker at 8:46am. The above was corroborated by a review of the on-line vendor website and GPS maps.

Additionally, on April 8, 2008, this officer received an unauthorized leave alert at 10:28pm. The defendant's home was contacted at approximately 10:35pm where he denied having left his home. While on the telephone with Mr. Frye this officer received an alert that he had returned at 10:36pm. Mr. Frye was admonished for both of the above alerts.

### RECOMMENDATION

Based upon the above information, U.S. Pretrial Services respectfully recommends that the Court:

- ☒ not take any punitive action at this time
- ☐ convene a Bail Violation Hearing to discuss this situation
- ☐ other: _____

This memorandum is submitted for Your Honor's information and direction.

Respectfully Submitted,

Rich Sarlatte
Electronic Monitoring Specialist
U.S. Pretrial Services Officer

Reviewed by:

Silvio Lugo, Assistant Deputy Chief
U.S. Pretrial Services Officer

cc:    Shawn Halbert, Defense Counsel
       Chinhayi Coleman, Assistant U.S. Attorney