UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE SAUNDRA BROWN ARMSTRONG
Date:  4/15/08

**Clerk:** Frances Stone FOR LISA CLARK
**Court Reporter:**

**Plaintiff:**  United States

**v.**                                                                  **No.**  CR-07-00469-SBA

**Defendant:** William Dean Frye [present, not in custody]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant:** Shawn Halbert

**Interpreter:**

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |

**Notes:**  CJA Attorney Robert Waggener agreed to come in as attorney in this case per AFPD Halbert- he will be gone 16 days in May 2008.
Shawn Halbert and Ruben  to check if another CJA attorney can come in on this case.

**Case Continued to**    4/22/08 at 9:00AM             for  STATUS

**Excludable Delay: Category: Begins:**           **Ends:**