**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 4/22/08

CR 07-00469SBA                           JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**WILLIAM DEAN FRYE**                    Present (X) Not Present ( ) In Custody ( )
    **DEFENDANT(S)**

<u>CHINHAYI COLEMAN</u>                  <u>S/A GARRICK LEW</u>
U.S. ATTORNEY                            ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark              <u>DIANE SKILLMAN</u>
                                         Court Reporter

Interpreter                              Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS -HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON CONTINUITY OF DEFENSE COUNSEL AND ADEQUATE PREPARATION OF COUNSEL UNTIL 6/10/08</u>

JUDGMENT:

**PROCEEDINGS**

**Case Continued to** <u>6/10/08</u> **for** <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for_____ Motions
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ for Trial(Court/Jury:____Days/weeks) at 8:30 a.m.
**Case Continued to**_____ for Judgment & Sentencing as to Count(s)_____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____ for Change of Plea @ 11:00 a.m.
cc: