GARRICK S. LEW, ESQ. (SBN 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorneys for Defendant
WILLIAM DEAN FRYE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>vs.<br>      Plaintiff,<br><br>WILLIAM DEAN FRYE,<br>      Defendant. | CR No. CR 07-0469 SBA<br><br>EXPARTE APPLICATION FOR TRAVEL ORDER & ORDER |

    Defendant WILLIAM DEAN FRYE hereby submits this Ex Parte Application for permission to travel within the Northern and Central district of California to the El Segundo area commencing Saturday May 10, 2008 through Wednesday May 21, 2008 to visit his mother, Loretta M. Frye, and assist her in making necessary repairs on her house.

Dated: May 1, 2008

                                                Respectfully submitted;

                                                Garrick S. Lew
                                                Attorney for WILLIAM DEAN FRYE

GARRICK S. LEW, ESQ. (SBN 61889)
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorneys for Defendant
WILLIAM DEAN FRYE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>WILLIAM DEAN FRYE,<br><br>  Defendant. | CR No. 07-0469 SBA<br><br>EXPARTE APPLICATION FOR TRAVEL ORDER |

**REQUEST FOR TRAVEL ORDER**

Defendant WILLIAM DEAN FRYE, through counsel, requests permission of the Court to travel to his mother's residence located at 538 Whiting Street, El Segundo, CA, 90245. The court granted defendant's previous request to travel to her residence earlier in this case.

WILLIAM DEAN FRYE will travel by automobile from Concord, California through the Northern and Central districts of California to the El Segundo area and will stay at his mother's residence to assist her with a small construction project at her house from May 10, 2008 through February 12, 2008.

Defendant is on pretrial release on a $100,000 unsecured bond. Defendant's next appearance before the Honorable Saundra Brown Armstrong is presently scheduled for June 10, 2008. WILLIAM DEAN FRYE is a United States citizen and is currently subject to electronic and GPS monitoring and

has a curfew between 10:00 p.m. and 6 a.m.

Defendant's Order Setting Conditions of Release dated July 23, 2007, specifically provides that with prior permission from Pretrial Services, defendant is permitted to visit his adopted mother in Southern California. Defendant has discussed this request with Pretrial Services Officer Rich Sarlatte and Mr. Sarlatte has indicated that there are no objections to the requested travel but has requested an Order to this effect that is approved by all parties and the court.

On May 1, 2008 counsel sent a copy of the Ex Parte Application for Travel Order to AUSA Chinhayi J. Coleman. On May 6, 2008 counsel discussed the requested Ex Parte Application for Travel Order with AUSA Coleman and the government has no objection to the request.

Dated: May 6, 2008

Respectfully Submitted,

Garrick S. Lew

**ORDER**

Based on the above, good cause appearing, it is hereby ordered that defendant be permitted to travel to visit his mother Loretta M. Frye, at 538 Whiting Street, El Segundo, CA 90245, from May 10 through May 21, 2008 to visit with his mother and assist with necessary repairs on her house subject to the same curfew hours from 10 p.m. to 6 a.m.

DATED: May 6, 2008

Magistrate Judge, U.S. District Court