UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 6/10/08

CR 07-00469SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

FRYE                              Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

                              GARRICK LEW
<u>CHINHAYI COLEMAN</u>              <u>LORI FLOWERS</u>
U.S. ATTORNEY                     ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark       <u>STARR WILSON</u>
                                   Court Reporter

Interpreter                       Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: STATUS -HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 7/29/08**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to <u>7/29/08</u> for <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____ for Change of Plea @ 11:00 a.m.
cc: