UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/29/08

CR 07-00469SBA                                JUDGE: **SAUNDRA BROWN ARMSTRONG**

FRYE                                          Present (X) Not Present ( ) In Custody ( )
   DEFENDANT(S)

 WADE RHYNE                                       LORI FLOWERS
U.S. ATTORNEY                                 ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                     STARR WILSON
                                                  Court Reporter

 Interpreter                                   Probation Officer
                          **PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 9/23/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to 9/23/08 for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____ Motions in limine/objections to evidence due_____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**