~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
AUG 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne. D. Brazil
U.S. Magistrate Judge

RE: William Frye

FROM: Richard Wieking, Acting Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR 07-00469 SBA

DATE: August 8, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                                    415-436-7508
U.S. Pretrial Services Officer                   TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
A.
B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
_____
_____

/s/ Wayne D. Brazil
JUDICIAL OFFICER                8-12-08
                                 DATE

Cover Sheet (03/26/08)

cc: WDB's stats, Copy to parties via ECF, Lisa Clark, Pretrial Financial