JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CABN 194542)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3924
   Facsimile: (510) 637-3724
   E-Mail: chinhayi.j.coleman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00469 SBA |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|    v. ) | ORDER TO VACATE TRIAL DATE AND |
| ) | TO SET FOR CHANGE OF PLEA ON |
| WILLIAM DEAN FRYE, ) | FEBRUARY 3, 2009 AT 10:00 A.M. |
| ) | |
|    Defendant. ) | |

     The parties, by and through undersigned counsel, hereby agree and stipulate as follows:

     Trial in the present case is set for February 9, 2009. The deadline for submission of pretrial preparation is January 13, 2009. The deadline for motions in limine and objections to evidence is January 20, 2009. The deadline for responses to motions in limine is January 27, 2009.

     The parties have been engaged in discussions regarding a potential resolution of the case by plea agreement, and have reached an agreement under Federal Rules of Criminal Procedure Rules 11(c)(1)(A) and 11(c)(1)(B). For the foregoing reasons, the parties stipulate and request that the February 9, 2009 trial date, the February 3, 2009 pretrial conference date, and related

STIPULATION AND [PROPOSED] ORDER
CR 07-00469 SBA

1 | pre-trial submission deadlines be vacated, and the case be scheduled for a change of plea hearing
2 | on February 3, 2009, at 10:00 a.m.

4 | Dated:  January 8, 2009                            /s/
                                                GARRICK S. LEW
5 |                                             Attorney for Defendant

                                                JOSEPH P. RUSSONIELLO
7 |                                             United States Attorney

8 | Dated:  January 8, 2009                            /s/
9 |                                             CHINHAYI J. COLEMAN
                                                Assistant United States Attorney

11 |                                 ORDER
12 |     Based on the reasons provided in the stipulation of the parties above, the Court hereby
13 | ORDERS that the February 9, 2009 trial date, the February 3, 2009 pretrial conference date, and
14 | related pre-trial submission deadlines are vacated, and that the case is scheduled for a change of
15 | plea hearing on February 3, 2009 at 10:00 a.m.

16 | Dated 1/9/09                           _____
17 |                                         Honorable SAUNDRA BROWN ARMSTRONG
                                             United States District Court
18 |                                         Northern District of California
19 | .

STIPULATION AND [PROPOSED] ORDER
CR 07-00469 SBA                                 2