1  GARRICK S. LEW (State Bar No. 61889)
   Design Center East
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103-4957
3  Telephone: (415) 575-3588
   Facsimile: (415) 522-1506
4  gsl@defendergroup.com

5  Attorneys for Defendant
   William Dean Frye
6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND VENUE

11 UNITED STATES OF AMERICA,        )
                                    )    CR-07-00469-1 SBA
12                    Plaintiff,    )
                                    )    **STIPULATION AND ORDER**
13     vs.                          )    **FOR CONTINUANCE OF SENTENCING**
                                    )    **HEARING**
14 WILLIAM DEAN FRYE,               )
                                    )
15                                  )
                                    )
16                    Defendant.    )
                                    )
17 _____ )

18        The United States, through its counsel Chinhayi Coleman, and defendant WILLIAM DEAN

19 FRYE, through his counsel Garrick Lew, hereby stipulate and agree to continue the sentencing hearing

20 in this case presently scheduled for Tuesday, April 21, 2009 to Tuesday, May 26, 2009.  Good cause

21 for the requested continuance is twofold.  Dr. Jules Burstein was recently appointed as a defense expert

22 and requires additional time to complete a forensic examination of defendant.  Furthermore, counsel for

23 defendant will not be available during the last two weeks of April due to medical issues involving his

24 wife.

25        SO STIPULATED.

26

27 Dated:  March 27, 2009              GARRICK S. LEW Attorney for William Dean Frye

28
   Stipulation & Order for Continuance
   of Sentencing Hearing CR-07-00469-1 SBA          1

1

2

3    Dated:  March 27, 2009                    _____/s/_____

4                                             Chinhayi Coleman
                                              Assistant United States Attorney

5

6                                   **ORDER**

7          Based on the stipulation of the parties, good cause appearing,

8          IT IS HEREBY ORDERED that defendant's sentencing hearing scheduled for April 21, 2009

9    is vacated and sentencing is continued to 10:00 a.m. on May 26, 2009.

10

11   DATED: 3/30/09

12                                   _Saundra B Armstrong_

13                                   Saundra B. Armstrong
                                     United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation & Order for Continuance
of Sentencing Hearing CR-05-00208-10 CRB          2