1
2
3
4
5
6

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.  CR 07-00469 SBA |
|---|---|---|
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| WILLIAM DEAN FRYE, | ) | |
| Defendant. | ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the defendant's plea of guilty on February 4, 2009, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a.   IBM desktop computer, serial number 830763U

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property  must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

///

1    IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal
2 Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at
3 the time of sentencing and shall be made part of the sentence and included in the judgment.
4    IT IS SO ORDERED this 30th day of JUNE  2009.

_/s/ Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge